**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

| | |
|---|---|
| CYRUS ROBINSON | * |
| Plaintiff, | * |
| v. | * |
| KILOLO KIJAKAZI, Acting Commissioner, Social Security Administration, | *   No. 2:23-cv-00025-JJV |
| Defendant. | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

DATED this 18th day of September 2023.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE